IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

FILED
AT 2:30 O'Clock P M
MAY 17 2018
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By UON D.C.

LASHANDA CALVIN AND JASEAN SMITH

VS.                     No. 54CV-18-138

SHELTER MUTUAL INSURANCE COMPANY          DEFENDANT

## COMPLAINT

Come the Plaintiffs, Lashonda Calvin and Jasean Smith, by and through their attorneys, the Etoch Law Firm, and for their cause of action against the Defendant, Shelter Mutual Insurance Company (hereinafter referred to as "Defendant" or "Shelter"), state:

1. Plaintiffs Lashonda Calvin and Jasean Smith were citizens and residents of Phillips County, Arkansas at the time of this accident.

2. The Defendant, Shelter Mutual Insurance Company, is an entity in the business of selling insurance with its principle place of business in Columbia, Missouri, which did business in the State of Arkansas at the time of the wrongs complained of herein.

3. The wrongs complained of herein arose from injuries sustained by Plaintiffs because of an accident that occurred in Tennessee across from West Memphis, Arkansas and further arose out of the Defendant's conduct in doing business in the State of Arkansas.

4. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-101, et seq.

5. On February 22, 2018, Lashonda Calvin was driving her 2012 Nissan Altima eastbound on Interstate 55 when her vehicle was violently struck from behind by an unknown hit and run driver who appeared to be driving a Chevrolet Impala type vehicle.

1


EXHIBIT A

This impact caused Lashonda Calvin to strike the vehicle in front of her causing another collision. The main collision was from behind and caused by the hit and run driver. The vehicle struck from behind by Lashonda Calvin was also operated by an unknown hit and run driver who left the scene of the accident and appeared to be driving Dodge Magnum. Jasean Smith was a passenger in the Lashonda Calvin's vehicle. Lashonda Calvin and Jasean Smith did not in any way cause this accident. Jasean Smith is the son of Lashonda Calvin.

6. The unidentified Impala type vehicle driver was responsible for causing this accident and the injuries resulting therefrom. Said negligent acts of the unidentified Impala type vehicle driver include but are not limited to the following:

   (a)  Failing to keep the automobile he or she was driving under proper control;
   (b)  Driving at a speed that was not reasonable and prudent under the circumstances;
   (c)  Failing to keep a proper lookout for other vehicles;
   (d)  Failing to yield the right of way to superior traffic;
   (e)  Driving his or her vehicle into the Calvin vehicle;
   (f)  Leaving the scene of an accident in violation of law; and
   (g)  Otherwise failing to act as an ordinary, common, prudent driver would have under the same or similar circumstances.

7. As a proximate result of the negligence of the unidentified driver of the Chevrolet Impala type vehicle, Lashonda Calvin sustained severe and permanent injuries to her head, neck, back, shoulders, and entire body, as well as a shock to her entire nervous system, all of which caused Lashonda Calvin to incur medical expenses, suffer a loss of earning capacity, and to experience pain, suffering and mental anguish both in the past and in the future.

8. As a proximate result of the negligence of the unidentified driver of the Chevrolet Impala type vehicle, Jasean Smith, sustained severe and permanent injuries to

his head, neck, back, shoulders, and entire body, as well as a shock to his entire nervous system, all of which caused Jasean Smith to incur medical expenses, suffer a loss of earning capacity, and to experience pain, suffering and mental anguish both in the past and in the future.

9. At the time of the above described accident, Lashonda Calvin had a policy of insurance with a Shelter Mutual Insurance Company, Policy 03-1-1-10281051-1, on her automobile which she was driving. (Claim No. AT0000001986636). Said policy contained provisions for coverage for Uninsured Motorist Benefits of $50,000.00 per person and $100,000.00 per accident.

10. Lashonda Calvin is entitled to collect the $50,000.00 uninsured benefits due to the hit and run from the Chevrolet Impala type vehicle and because her injuries exceed the amount of said uninsured coverage. While due demand has been made, Shelter has failed, refused and neglected to pay Lashonda Calvin the uninsured benefits she is entitled to recover.

11. Jasean Smith is entitled to collect the $50,000.00 uninsured benefits due to the hit and run from the Impala type vehicle and because his injuries exceed the amount of said uninsured coverage. While due demand has been made, Shelter has failed, refused and neglected to pay Jasean Smith the uninsured benefits he is entitled to recover.

12. Pursuant to Arkansas law, when Lashonda Calvin and Jasean Smith are successful in this suit by collecting within 80% of the limits requested herein, Lashonda Calvin and Jasean Smith are entitled to collect a 12% penalty, interest, their costs, and a reasonable attorney's fee.

13. Plaintiffs respectfully requests a trial by a jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Lashonda Calvin and Jasean Smith, pray for judgment against the Defendant, Shelter Insurance, for the following

(a) The uninsured motorist coverage benefits limits of $50,000.00, for each of them for their general and special damages described above; and

(b) For a reasonable attorney's fee, penalties, interest, the cost of this action and all proper relief this Court may find Plaintiffs entitled to in these premises.

Respectfully submitted,

ETOCH LAW FIRM

By: *[signature]*
Louis Etoch (89030)
Etoch Law Firm
P.O. Box 100
Helena, AR 72342
(870) 338-3591