# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LASHANDA CALVIN**  PLAINTIFF

v.  No. 2:18-cv-85-DPM

**SHELTER MUTUAL INSURANCE COMPANY**  DEFENDANT

## ORDER

1. Motion in *limine*, № 30, partly granted and partly denied. The Court won't allow testimony about Smith's injuries or the insurance documents. Claims based on Smith's injuries were dismissed. And Calvin's insurance coverage isn't disputed. Smith, however, can give brief testimony describing the accident as he experienced it. That testimony could be relevant on Calvin's injuries.

2. The Court notes Shelter's embedded motion to exclude the Memphis Police Crash Report. *№ 39 at 1*. By 28 January 2020, Calvin must respond to this motion and file a copy of the report for the Court's review.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2020