## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LASHANDA CALVIN**                                          **PLAINTIFF**

v.                              **No. 2:18-cv-85-DPM**

**SHELTER MUTUAL INSURANCE**
**COMPANY**                                                  **DEFENDANT**

### ORDER

The Court will hold a pretrial conference in chambers in Helena at 11:00 a.m. on Monday, 10 February 2020 and we'll start with the venire at 1:00 p.m. in Courtroom 314. Counsel should be prepared to open late Monday afternoon. We'll start the proof at 8:30 Tuesday morning. The Court allots each side three hours for all direct and cross examination in this straight-forward dispute. We'll finish the proof on Tuesday.

**1. Jury Instructions.** The Court will circulate working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form in due course.

**2. Witnesses and Exhibits.** The parties must submit their final lists of witnesses and exhibits to Little Rock chambers by the close of business on Wednesday, 5 February 2020. A binder with courtesy copies of exhibits should be submitted to chambers, too. Please use the Court's forms for both exhibit and witness lists. If the parties plan to

use electronic exhibits, they should have paper copies available as a fall-back.

3. *Voir Dire.* The Court will conduct most of the questioning, with follow-up by each side — ten to fifteen minutes at most. Please focus your questioning. *Voir dire* is not a time to explain the law or the burden of proof, to explain what the case is about, to seek commitments, or to pump the potential jurors full of fairness. Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias. If the parties would prefer to have the Court ask certain questions, please submit them to chambers for consideration by 31 January 2020.

4. **Openings and Closings.** Fifteen minutes a side for opening. Twenty minutes a side for closing.

5. **Objections.** Avoid speaking objections during the trial. A word or two will do. If the Court needs to hear more, we'll have a bench conference.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2020