## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LASHANDA CALVIN**                                                      **PLAINTIFF**

v.                                        **No. 2:18-cv-85-DPM**

**SHELTER MUTUAL INSURANCE**
**COMPANY**                                                              **DEFENDANT**

### ORDER

    **1.** Calvin's response, № *42*, is noted. She won't try to admit the police crash report into evidence. Shelter's embedded motion to exclude that report, № *39*, is therefore denied as moot.

    **2.** The Court is attaching its working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. The Court appreciated the parties' proposals. Please file any objection by 5 February 2020. Note the juror-questions procedure in draft preliminary instruction No. 5. And see Federal Rule of Civil Procedure 48(b) on the unanimous verdict.

    So Ordered.

D.P. Marshall Jr.
United States District Judge

28 January 2020