IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LASHANDA CALVIN                                                    PLAINTIFF

v.                              No. 2:18-cv-85-DPM

SHELTER MUTUAL INSURANCE
COMPANY                                                            DEFENDANT

ORDER

In her deposition in late 2018, Calvin said she still needed to go to her chiropractor, but had stopped in April of that year because she couldn't afford it. № 13-1 at 7. It has turned out that she recently went back three times, in December 2019. She incurred $715 more in medical expenses. № 44-1 at 5. The extended deadline for pretrial disclosures was 16 January 2020. Calvin did not disclose the December bills and related records then. She did so on 28 January 2020, twelve days after the deadline. № 44-1 at 1. Counsel have been in frequent communication during the last month or so, getting ready for our February 10th trial. Calvin's December treatment and bills were not mentioned. The holidays no doubt created some delay in communications between client and counsel. Shelter knew the chiropractor, and her records, were coming to trial. But the untimely disclosure of the new December documents, without any indication that they were coming, prejudices Shelter. These records are excluded,

and no one may testify about them or the December treatments. Motion, № 44, granted.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2020