# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

LASHANDA CALVIN
and JASEAN SMITH                                              PLAINTIFFS

v.                    No. 2:18-cv-85-DPM

SHELTER MUTUAL INSURANCE
COMPANY                                                         DEFENDANT

## JUDGMENT

1. The Court granted summary judgment to Shelter Mutual Insurance Company on Jasean Smith's claims. Those claims are therefore dismissed with prejudice.

2. Lashanda Calvin's claims against Shelter were tried to a twelve-person jury from 10 February 2020 to 11 February 2020 in Helena. After deliberations on February 11th, the jury returned a unanimous verdict, № 60, which is incorporated. The Court enters judgment on that verdict for Lashanda Calvin against Shelter Mutual Insurance Company for $28,000. She is also entitled to her costs as allowed by law if she decides to seek them by motion. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d). Any motion for costs is due by 28 February 2020.

3. Postjudgment interest will accrue at 1.49% per annum from today's date until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2020